**Order entered February 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01345-CV

## ERICA CABALLERO, Appellant

## V.

## KIRAN ADHIKARI, Appellee

### On Appeal from the County Court at Law No. 4
### Collin County, Texas
### Trial Court Cause No. 004-02481-2019

## ORDER

Before the Court is Joshua Carpenter and Elizabeth Wellborn's February 13, 2020 amended motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Mr. Carpenter and Ms. Wellborn as counsel for appellant. All future communications with appellant shall be directed to:

Erica Caballero
393 Fairlanding Avenue
Fairview, Texas 75069
erica.caballero14@gmail.com.

Appellee's motion to dismiss for mootness remains pending.

/s/    ERIN A. NOWELL
         JUSTICE